

**FILED & ENTERED**

**MAR 07 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Ahmad J Tukhi<br><br>Debtor(s). | CHAPTER 7<br><br>Case No.:  8:15-bk-14015-MW<br>Adv No:   8:15-ap-01449-MW |
| Abdul Habib Olomi<br><br>Plaintiff(s),<br>    v.<br><br>Ahmad J Tuhki<br><br>Defendant(s). | **SCHEDULING ORDER**<br><br>Date:          March 2, 2016<br>Time:         9:00 a.m.<br>Courtroom:  6C |

This adversary proceeding having been assigned to the undersigned judge, IT IS HEREBY ORDERED:

1. The following dates shall apply to this adversary proceeding:

    (1) All discovery shall close on: **June 30, 2016**.

    (2) Discovery motions shall be heard before: **July 31, 2016**.

    (3) Pre-trial motions (except motions in limine) shall be heard before: **August 31, 2016**.

    (4) Pre-trial conference is set for: **September 28, 2016 at 9:00 a.m.**

(5) Trial to be set at pre-trial conference.

2  This order applies to counsel for all parties and to individuals not represented by counsel.

3  Unless otherwise ordered, the Federal Rules of Bankruptcy Procedure applicable in adversary proceedings and the Local Bankruptcy Rules shall apply to this matter.

4  The Court will not schedule more than one motion for summary judgment on any given calendar date.  If a party waits until just before the pretrial motion deadline date to schedule a hearing on a motion for summary judgment, it is likely the motion will not be set for hearing.

5  All counsel and parties must comply with Local Bankruptcy Rule 7016-1, which requires filing of a joint status report at least fourteen days (or a unilateral status report at least seven days) before the status conference.  The status report shall be prepared on Local Form No. F 7016-1.

6  The parties must include in their joint status report a statement, in compliance with Local Bankruptcy Rule 7026-1(b)(2), that they have met to discuss settlement and that they have exchanged documents, other evidence, lists of witnesses and preliminary discovery schedules.

7  Failure to comply with the provisions of this order may subject the responsible party to sanctions.

8  Failure to appear at a status conference or a pretrial conference may be considered an abandonment or failure to prosecute or defend diligently, and the adversary proceeding may be dismissed or judgment may be entered against the defaulting party.

**The parties are placed on notice that it is the Court's policy to strictly enforce the Local Bankruptcy Rules relating to pre-trial conferences and this Court's procedures supplement to those rules, which are published on the court's website.  Failure to comply with the provisions of this order may subject**

**the responsible party to sanctions, including judgment of dismissal or the entry of a default and a striking of the answer.**

    IT IS SO ORDERED.

###

Date: March 7, 2016

                      Mark S. Wallace
                      United States Bankruptcy Judge