PHIL WOOG (State Bar No. 134323)
ROBERT D. MATRANGA (State Bar No. 306946)
BEN GAGE (State Bar No. 268336)
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1100 • Facsimile: (714) 431-1119
Email: pwoog@cookseylaw.com

Attorneys for Defendant
AHMAD JAWAD TUKHI



FILED & ENTERED

SEP 30 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re | **Case No.: 8:15-bk-14015-MW** |
| AHMAD JAWAD TUKHI | Chapter 7 |
| Debtor, | Adversary No: 8:15-ap-01449-MW |
| ABDUL HABIB OLOMI, | **ORDER PURSUANT TO PRETRIAL CONFERENCE DISMISSING CASE** |
| Plaintiff, | Date:    September 28, 2016 |
| v. | Time:    9:00 a.m. |
| AHMAD JAWAD TUKHI, | Ctrm:    Courtroom 6C |
| Defendant. | 411 West Fourth Street |
| | Santa Ana, CA  92701 |

16.0216   3049952.1

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

On September 28, 2016, at 9:00 a.m. in Courtroom 6C of the United States Bankruptcy Court for the Central District of California, Santa Ana Division, the regularly scheduled pretrial conference came on for hearing, the Honorable Mark S. Wallace, United States Bankruptcy Judge, presiding. Robert Matranga appeared for Defendant Ahmad Jawad Tukhi. Nikolaus Reed appeared for Plaintiff Abdul Habib Olomi.

The Court, having reviewed the status report filed, considered the arguments of counsel, found that Plaintiff had materially failed to comply with Local Bankruptcy Rule ("LBR" or "Rule") 7016-1(c), imposing upon Plaintiff the duty to prepare and file a pretrial stipulation. The Court noted on the record that it had the authority under LBR 7016-1(f) to impose sanctions for failure to comply with the Rule, including entry of judgment of dismissal, and determined that entry of judgment of dismissal was an appropriate sanction under the circumstances for Plaintiff's material failure to comply with the Rule. The Court considered imposing an alternative, lesser sanction, namely, a monetary sanction, but rejected that alternative because such a course of action could create a situation where a party could simply buy his way out of timely complying with the Local Bankruptcy Rules relating to pretrial conferences and could end up viewing the sanction as a mere toll charge payable as the price of failing to timely comply with Court rules.

Based on Plaintiff's material failure to comply with Rule 7016-1(c ) and for good cause shown, IT IS HEREBY ORDERED THAT:

1. This adversary proceeding is dismissed.

### #

Date: September 30, 2016

Mark S. Wallace
United States Bankruptcy Judge

16.0216   3049952.1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Phil Woog (State Bar No. 134323)<br>Robert D. Matranga (State Bar No. 306946)<br>Ben Gage (State Bar No. 268336)<br>A Professional Corporation<br>535 Anton Boulevard, Tenth Floor<br>Costa Mesa, California 92626-1977<br>Telephone: (714) 431-1100<br>Facsimile: (714) 431-1119<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* AHMAD JAWAD TUKHI | |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re:<br>Ahmad Jawad Tukhi<br><br>                                       Debtor(s). | CASE NO.: 8:15-bk-14015-MW<br>CHAPTER: 7<br>ADVERSARY NO.: 8:15-ap-01449-MW |
|---|---|
| Abdul Habib Olomi<br><br>                                       Plaintiff(s),<br>vs.<br><br>Ahmad Jawad Tukhi<br><br>                                       Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE: PRETRIAL CONFERENCE** |

PLEASE TAKE NOTE that the order or judgment titled Order Pursuant to Pretrial Conference Dismissing Case

was lodged on (*date*) 09/28/16 and is attached.  This order relates to the motion which is docket number  1  .

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

16.0216   3050224.1

# EXHIBIT "1"

PHIL WOOG (State Bar No. 134323)
ROBERT D. MATRANGA (State Bar No. 306946)
BEN GAGE (State Bar No. 268336)
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1100 • Facsimile: (714) 431-1119
Email: pwoog@cookseylaw.com

Attorneys for Defendant
AHMAD JAWAD TUKHI

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>AHMAD JAWAD TUKHI<br><br>Debtor,<br><br>―――――――――――――<br><br>ABDUL HABIB OLOMI,<br><br>Plaintiff,<br><br>v.<br><br>AHMAD JAWAD TUKHI,<br><br>Defendant. | **Case No.: 8:15-bk-14015-MW**<br><br>Chapter 7<br><br>Adversary No: 8:15-ap-01449-MW<br><br>**ORDER PURSUANT TO PRETRIAL CONFERENCE DISMISSING CASE** |

16.0216  3049952.1

On September 28, 2016, at 9:00 a.m. in Courtroom 6C of the United States Bankruptcy Court for the Central District, Santa Ana, the regularly scheduled pretrial conference was presided over by Judge Mark Wallace. Robert Matranga appeared for Defendant Ahmad Jawad Tukhi. Nikolaus Reed appeared for Plaintiff Abdul Habib Olomi. The Court found on the record that Plaintiff had materially failed to comply with Local Bankruptcy Rule 7016-1 (c), imposing upon Plaintiff the duty to prepare and file a pretrial stipulation. The Court noted on the record that it had the authority under Local Bankruptcy Rule 7016-1(f) to impose sanctions for failure to comply with the Rule, including Entry of Judgment of Dismissal, and determined that Entry of Judgment of Dismissal was an appropriate sanction under the circumstances for material failure to comply with the Rule.

Based on Plaintiff's material failure to comply with Rule 7016-1(c) and for good cause showing, IT IS HEREBY ORDERED THAT:

1. The case is dismissed.

# # #

16.0216  3049952.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) September 29, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nikolaus Reed, Representing Plaintiff     Nikolaus_Reed@yahoo.com
Thomas H. Casey, Trustee                  msilva@tomcaseylaw.com
United States Trustee (SA)                ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) September 29, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Nikolaus Reed, Esq.<br>135 10th Street<br>San Francisco, CA 94103 | Thomas H. Casey, Trustee<br>22342 Avenida Empresa, Suite 200<br>Rancho Santa Margarita, CA 92688 |
| United States Trustee (SA)<br>411 W. Fourth Street, Suite 7160<br>Santa Ana, CA 92701-4593 | Hon. Mark S. Wallace<br>411 West Fourth Street, Courtroom 6C<br>Santa Ana, CA 92701-4593 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/29/16 | Lupe Velazquez | _[signature]_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

16.0216  3050224.1