# UNITED STATES BANKRUPTCY APPELLATE PANEL

# OF THE NINTH CIRCUIT

---

In re: AHMAD J. TUKHI

    Debtor

BAP No. CC-16-1318-KuFL

------------------------------

ABDUL HABIB OLOMI

    Appellant

Bankr. No. 15-14015
Adv. No. 15-01449
Chapter 7

v.

AHMAD J. TUKHI

    Appellee

May 30, 2017

---

## JUDGMENT

ON APPEAL from the United States Bankruptcy Court for California Central - Santa Ana.

THIS CAUSE came on to be heard on the record from the above court.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Panel that the judgment of the Bankruptcy Court is **VACATED AND REMANDED**.

**FOR THE PANEL,**

Susan M Spraul
Clerk of Court
**By:** Freddie Brown, Deputy Clerk