**FILED & ENTERED**

**JUL 07 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Ahmad J Tukhi<br><br>Debtor(s). | CHAPTER 7<br><br>Case No.:  8:15-bk-14015-MW<br>Adv No:   8:15-ap-01449-MW |
| Abdul Habib Olomi<br><br>Plaintiff(s),<br>v.<br><br>Ahmad J Tukhi<br><br>Defendant(s). | **ORDER TO SHOW CAUSE**<br><br>Date:         August 2, 2017<br>Time:         9:00 a.m.<br>Courtroom:  6C<br>                   411 W Fourth Street<br>                   Santa Ana, CA 92701 |

The Court having received the mandate of the United States Bankruptcy Appellate Panel for the Ninth Circuit (the "BAP") in this case, vacating the judgment of dismissal imposed as a sanction for the failure of plaintiff Abdul Habib Olomi to obey this Court's Local Bankruptcy Rule 7016-1 (relating to pretrial conferences and required preparation for pretrial conferences), the Court now takes the following action in this case:

**ORDERED**, THAT plaintiff Abdul Habib Olomi and his attorney Nikolaus W. Reed appear in person in this Court on **August 2, 2017 at 9:00 a.m.** and show cause why they should not be held

in contempt of court for their material failure to obey this Court's Scheduling Order, filed and entered March 7, 2016, requiring them to comply with the provisions of the Scheduling Order and Local Bankruptcy Rule 7016-1(b) and (c) (relating to pretrial conferences) with respect to a pretrial conference in *Olomi v. Tukhi*, Adv. No. 15-01449, held on September 28, 2106 at 9:00 a.m. Based upon the BAP's decision in this case, the Court cannot and will not impose a sanction of a judgment of dismissal but will consider imposing lesser sanctions, such as a monetary sanction including attorney's fees, payable to the opposing party. The Court does not read the BAP's opinion as exonerating Olomi from all sanctions but merely standing for the proposition that the harsh sanction of dismissal is not warranted.

      Any interested party, including Olomi and Tukhi, may file a brief on or before July 21, 2017 proposing appropriate sanctions in this case.

###

Date: July 7, 2017

Mark S. Wallace
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **O R D E R   T O   S H O W   C A U S E**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) July 7, 2017, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Thomas H Casey (TR)
msilva@tomcaseylaw.com, thc@trustesolutions.net

Robert D Matranga on behalf of Defendant Ahmad J Tukhi
rmatranga@cookseylaw.com, lvelazquez@cookseylaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Nikolaus Reed on behalf of Plaintiff Abdul Habib Olomi
135 10th St
San Francisco, CA 94103

Phillip Michael Woog on behalf of Defendant Ahmad J Tukhi
Cooksey Toolen et al
535 Anton Blvd 10 Fl
Costa Mesa, CA 92626

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9021-1.1.NOTICE.ENTERED.ORDER**